Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       bgriffith@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| H&N INVESTMENT, LLC, a domestic limited liability company; HMLV CAPITAL LLC, a domestic limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MTC FINANCIAL INC. d/b/a TRUSTEE CORPS, a California corporation; WELLS FARGO BANK, N.A., a domestic corporation; and, DOES I through X, and ROES I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00550-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR WELLS FARGO BANK TO ANSWER THE COMPLAINT** |

This Stipulation to Extend Deadline for Wells Fargo Bank to Answer the Complaint ("Stipulation") is entered into by and between Wells Fargo Bank, N.A. ("Wells Fargo"), and H&N Investment, LLC and HMLV Capital LLC (collectively, the "Plaintiffs," and together with Wells Fargo, the "Parties"), by and through their respective counsel, based on the following:

## RECITALS

WHEREAS, on February 10, 2015, Plaintiffs filed their Complaint in Clark County District Court, Case No. A-15-713724-C (the "Action");

21302054

WHEREAS, on March 25, 2015, Wells Fargo filed its Petition for Removal to remove the Action to U.S. District Court, District of Nevada;

WHEREAS, the deadline for Wells Fargo to answer Plaintiffs' complaint is April 6, 2015; and

WHEREAS, Wells Fargo and Plaintiffs have agreed to extend the date for Wells Fargo to answer Plaintiffs Complaint to April 20, 2015.

**STIPULATION**

NOW, THEREFORE, subject to Court approval, the Parties agree as follows:

1. That the deadline for Wells Fargo to answer Plaintiffs' Complaint shall be extended from April 6, 2015 to April 20, 2015.

Dated: April 6, 2015.

SNELL & WILMER L.L.P.

By: /s/ Blakeley E. Griffith
Amy F. Sorenson (NV Bar No. 12495)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Wells Fargo Bank, N.A.*

Dated: April 6, 2015.

LAW OFFICES OF MONT E TANNER

By: /s/ Mont E. Tanner
Mont E. Tanner (NV Bar 4433)
2950 East Flamingo Road, Suite G
Las Vegas, NV 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731
*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

Dated April 7, 2015.

_____
C.W. Hoffman, Jr
United States Magistrate Judge

- 2 -

21302054