Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
bgriffith@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| H&N INVESTMENT, LLC, a domestic limited liability company; HMLV CAPITAL LLC, a domestic limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MTC FINANCIAL INC. d/b/a TRUSTEE CORPS, a California corporation; WELLS FARGO BANK, N.A., a domestic corporation; and, DOES I through X, and ROES I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00550-APG-CWH<br><br>**STIPULATION AND ORDER REGARDING BRIEFING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO CONTINUE TEMPORARY RESTRAINING ORDER** |

This Stipulation and Order Regarding Briefing on Plaintiffs' Motion for Preliminary Injunction and to Continue Temporary Restraining Order ("Stipulation") is entered into by and between Wells Fargo Bank, N.A. ("Wells Fargo"), and H&N Investment, LLC and HMLV Capital LLC (collectively, the "Plaintiffs," and together with Wells Fargo, the "Parties"), by and through their respective counsel, based on the following:

## RECITALS

WHEREAS, on February 10, 2015, Plaintiffs filed their Complaint in Clark County District Court, Case No. A-15-713724-C (the "Action");

21308964

1  WHEREAS, on February 16, 2015, the Plaintiffs filed a Motion for an Ex Parte Restraining Order;

WHEREAS, on February 18, 2015 the Clark County District Court entered the Temporary Restraining Order (the "Temporary Restraining Order");

WHEREAS, on February 12, 2015, the Plaintiffs filed a Motion for a Preliminary Injunction;

WHEREAS, the Clark County District Court set a hearing date on the Motion for Preliminary Injunction for April 2, 2015;

WHEREAS, prior to the hearing on the Motion for Preliminary Injunction, on March 25, 2015, Wells Fargo filed its Petition for Removal and removed the Action to this Court;

WHEREAS, to avoid confusion, the Parties agree that the Temporary Restraining Order shall continue until the Parties have completed briefing on the Motion for Preliminary Injunction and this Court has decided the same;

WHEREAS, the deadline for Wells Fargo to respond to the Motion for Preliminary Injunction is April 20, 2015;

WHEREAS, the deadline for Plaintiffs to reply is April 27, 2015;

WHEREAS, the Temporary Restraining Order will continue until this Court rules on the Motion for Preliminary Injunction.

**STIPULATION**

NOW, THEREFORE, subject to Court approval, the Parties agree as follows:

1. The deadline for Wells Fargo to respond to the Motion for Preliminary Injunction is April 20, 2015;

2. The deadline for Plaintiffs to reply is April 27, 2015; and

///
///
///
///

- 2 -

21308964

3. The Temporary Restraining Order will remain in place until this Court rules on the Motion for Preliminary Injunction.

Dated: April 6, 2015.                          Dated: April 6, 2015.

SNELL & WILMER L.L.P.                          LAW OFFICES OF MONT E TANNER

By: _____              By: _____
Amy F. Sorenson (NV Bar No. 12495)             Mont E. Tanner (NV Bar 4433)
Blakeley E. Griffith (NV Bar No. 12386)        2950 East Flamingo Road, Suite G
3883 Howard Hughes Parkway, Suite 1100         Las Vegas, NV 89121
Las Vegas, NV 89169                            Telephone: (702) 369-9614
Telephone: (702) 784-5200                      Facsimile: (702) 369-5731
Facsimile: (702) 784-5252                      *Attorneys for Plaintiffs*
*Attorneys for Wells Fargo Bank, N.A.*

**ORDER**

**IT IS SO ORDERED.**

Dated: April 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

21308964