Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
bgriffith@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| H&N INVESTMENT, LLC, a domestic limited liability company; HMLV CAPITAL LLC, a domestic limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MTC FINANCIAL INC. d/b/a TRUSTEE CORPS, a California corporation; WELLS FARGO BANK, N.A., a domestic corporation; and, DOES I through X, and ROES I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00550-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR WELLS FARGO BANK TO ANSWER THE COMPLAINT AND TO FILE AN OPPOSITION TO PRELIMINARY INJUNCTION**<br>**(Second Request)** |

This Stipulation to Extend Deadline for Wells Fargo Bank to Answer the Complaint and to File an Opposition to the Motion for Preliminary Injunction ("Stipulation") is entered into by and between Wells Fargo Bank, N.A. ("Wells Fargo"), and H&N Investment, LLC and HMLV Capital LLC (collectively, the "Plaintiffs," and together with Wells Fargo, the "Parties"), by and through their respective counsel, based on the following:

## RECITALS

WHEREAS, on February 10, 2015, Plaintiffs filed their Complaint in Clark County District Court, Case No. A-15-713724-C (the "Action");

21408054

WHEREAS, on March 25, 2015, Wells Fargo filed its Petition for Removal to remove the Action to U.S. District Court, District of Nevada;

WHEREAS, the deadline for Wells Fargo to answer Plaintiffs' complaint is April 20, 2015; and

WHEREAS, Wells Fargo and Plaintiffs have agreed to extend the date for Wells Fargo to answer Plaintiffs Complaint to April 29, 2015.

WHEREAS, Wells Fargo and Plaintiffs have agreed to extend the date for Wells Fargo to file an Opposition to the Motion for Preliminary Injunction to April 29, 2015.

## STIPULATION

NOW, THEREFORE, subject to Court approval, the Parties agree as follows:

1. That the deadline for Wells Fargo to answer Plaintiffs' Complaint and to file an Opposition to the Motion for Preliminary Injunction shall be extended from April 20, 2015 to April 29, 2015.

Dated: April 20, 2015.

SNELL & WILMER L.L.P.

By: _____
Amy F. Sorenson (NV Bar No. 12495)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Wells Fargo Bank, N.A.*

Dated: April 20, 2015.

LAW OFFICES OF MONT E TANNER

By: _____
Mont E. Tanner (NV Bar 4433)
2950 East Flamingo Road, Suite G
Las Vegas, NV 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731
*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated: April 21, 2015.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

21408054