Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       bgriffith@swlaw.com
       baustin@swlaw.com
*Attorneys for Wells Fargo Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| H&N INVESTMENT, LLC, a domestic limited liability company; HMLV CAPITAL LLC, a domestic limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MTC FINANCIAL INC. d/b/a TRUSTEE CORPS, a California corporation; WELLS FARGO BANK, N.A., a domestic corporation; and, DOES I through X, and ROES I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00550-APG-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs H&N Investment, LLC and HMLV Capital LLC, by and through their counsel of record, Mont E. Tanner, Esq. of Law Offices of Mont E. Tanner, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo), by and through its counsel of record, the law firm of Snell & Wilmer L.L.P., that:

    1. This action shall be dismissed with prejudice;

    2. Any outstanding hearings and deadlines shall be vacated; and

///

3. The parties shall bear their own attorneys' fees and costs associated with this action.

Dated: September 23, 2015.

SNELL & WILMER L.L.P.

By: /s/ Blakeley E. Griffith
Amy F. Sorenson (NV Bar No. 12495)
Blakeley E. Griffith (NV Bar No. 12386)
Bradley T. Austin (NV Bar No. 13064)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Wells Fargo Bank, N.A.*

Dated: September 23, 2015.

LAW OFFICES OF MONT E. TANNER

By: /s/ Mont E. Tanner
Mont E. Tanner (NV Bar 4433)
2950 East Flamingo Road, Suite G
Las Vegas, NV 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731
*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated: September 23, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: /s/ Blakeley E. Griffith
Amy F. Sorenson (NV Bar No. 12495)
Blakeley E. Griffith (NV Bar No. 12386)
Bradley T. Austin (NV Bar No. 13064)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Wells Fargo Bank, N.A.*